

# United States District Court
# Eastern District of California

| WALTER L. RAINES |
|---|

Plaintiff(s)

Case Number: 2:23-CV-01539-DJC-CKD

V.

| LEHIGH HANSON SERVICES, LLC, et al. |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mike Birrer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Martin Marietta Materials, Inc.

On 11/12/1992 (date), I was admitted to practice and presently in good standing in the Northern District of Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/29/2023        Signature of Applicant: /s/ Mike Birrer

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Mike Birrer |
| Law Firm Name: | Carrington, Coleman, Sloman & Blumenthal, L.L.P. |
| Address: | 901 Main Street, Suite 5500 |
| City: | Dallas    State: TX    Zip: 75202 |
| Phone Number w/Area Code: | (214) 855-3000 |
| City and State of Residence: | Dallas, TX |
| Primary E-mail Address: | mbirrer@ccsb.com |
| Secondary E-mail Address: | plittrell@ccsb.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Cassandra M. Ferrannini |
| Law Firm Name: | Downey Brand LLP |
| Address: | 621 Capitol Mall, 18th Floor |
| City: | Sacramento    State: CA    Zip: 95814 |
| Phone Number w/Area Code: | (916) 444-1000    Bar #: 204277 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 08/29/2023

/s/ Daniel J. Calabretta
JUDGE, U.S. DISTRICT COURT