Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Aaron Boal, Esq. (SBN 327005)
aboal@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff WALTER RAINES

Kelli M. Hinson, Esq. (Texas SBN )
Khinson@ccsb.com
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP**
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: (214) 855-3110
Fax:

Attorneys for Defendant MARTIN MARIETTA MATERIALS, INC.

Michele Ballard Miller (SBN 104198)
  *mbmiller@cozen.com*
Ethan W. Chernin (SBN 273906)
  *echernin@cozen.com*
COZEN O'CONNOR
101 Montgomery St, Suite 1400
San Francisco, CA 94104
Telephone: 415.644.0914
Facsimile: 415.644.0978

Attorneys for Defendant
HM US SERVICES, LLC (fka LEHIGH HANSON SERVICES LLC)

**STIPULATION TO EXTEND DEADLINE TO FILE UPDATED JOINT STATUS REPORT**
1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. RAINES, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEHIGH HANSON SERVICES, LLC; CALAVERAS MATERIALS, INC.; MARTIN MARIETTA MATERIALS, INC.; HEIDELBERG CEMENT GROUP; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01539-DJC-CKD<br>Assigned to Judge Daniel J. Calabretta<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT UPDATED JOINT STATUS REPORT**<br><br>Complaint Filed: June 5, 2023<br>Removed: July 27, 2023 |

Plaintiff WALTER RAINES ("Plaintiff") and Defendants HM US SERVICES LLC (fka LEHIGH HANSON SERVICES, LLC) ("LHS") and MARTIN MARIETTA MATERIALS, INC. (collectively "Defendants") file this Stipulation to Extend Deadline to Submit Updated Joint Status Report and respectfully request that the Court approve the stipulation, extending the deadline for the Parties to submit their updated Joint Status Report until 30 days after the Court rules on the outstanding motions detailed below.

The parties filed their original Joint Status Report (Dkt. 20) on September 27, 2023. On that same day, the Court issued a Minute Order (Dkt. 21) directing the parties to file an updated Joint Status Report within 30 days after the Court's ruling on Defendant's then-pending Motion to Dismiss (Dkt. 7) and Plaintiff's forthcoming amended complaint.

The Court ruled on Defendant's Motion to Dismiss on October 5, 2023. (Dkt. 22). And Plaintiff filed his Amended Complaint on October 20, 2023. (Dkt. 23). The updated Joint Status Report is, therefore, due on Monday, November 20, 2023.

However, there are three pending motions filed since the Court's Minute Order that could substantially affect the nature of the parties and claims. They are:

- Defendant Martin Marietta's Motion to Dismiss the repleaded meal period claims in Plaintiff's Amended Complaint (Dkt. 24);
- Defendant LHS's Motion to Dismiss based on a prior class action settlement agreement (Dkt. 25); and
- Defendant Martin Marietta's Motion to Consolidate Plaintiff's separately filed PAGA action into this case (Dkt. 26).

The Parties therefore stipulate and respectfully request the Court to approve that the deadline to file an updated Joint Status Report be extended until 30 days after the Court rules on the three motions identified above.

This Stipulation is not made for the purposes of delay but to promote judicial efficiency and to provide the Court with a more meaningful status report. This is the

Parties' first request to extend the Joint Status Report deadline. This case is not yet set for trial, and so no discovery cutoff or motion deadline has been set.

Dated: November 20, 2023                    Respectfully submitted,

                                              By:   */s/ Aaron Boal*
                                                       Aaron Boal, Esq.
                                                       Attorneys for Plaintiff
                                                       WALTER RAINES, on behalf of
                                                       herself and others similarly situated


                                              By:   */s/ Kelli Hinson*
                                                       Kelli Hinson, Esq.
                                                       Attorneys for Defendant MARTIN
                                                       MARIETTA MATERIALS, INC.
                                                       .


                                              By:   */s/ Ethan Chernin*
                                                       Ethan Chernin
                                                       Attorneys for Defendant HM US
                                                       SERVICES LLC (fka LEHIGH
                                                       HANSON SERVICES, LLC)


Dated:  November 21, 2023                    /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND DEADLINE TO SUBMIT UPDATED JOINT STATUS REPORT**
4