Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Aaron Boal, Esq. (SBN 327005)
aboal@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001
Attorneys for Plaintiff WALTER RAINES

Kelli M. Hinson, Esq. (Texas SBN 00793956)
Khinson@ccsb.com
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP**
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: (214) 855-3110
Attorneys for Defendants MARTIN MARIETTA NORTHERN CALIFORNIA AGGREGATES, LLC and MARTIN MARIETTA MATERIALS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. RAINES, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN MARIETTA NORTHERN CALIFORNIA AGGREGATES, LLC.; MARTIN MARIETTA MATERIALS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01539-DJC-CKD (Consolidated with Case No.: 2-23-ccv-02516-DJC-CKD)<br>Assigned to Judge Daniel J. Calabretta<br><br>CLASS ACTION & PAGA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT UPDATED JOINT STATUS REPORT**<br><br>Complaint Filed: June 5, 2023<br>Removed: July 27, 2023 |

Plaintiff WALTER RAINES ("Plaintiff") and Defendants MARTIN MARIETTA NORTHERN CALIFORNIA AGGREGATES, LLC and MARTIN MARIETTA MATERIALS, INC. (collectively "Defendants") file this Stipulation to Extend Deadline to Submit Joint Status Report and respectfully request that the Court approve the stipulation, extending the deadline for the Parties to submit their Joint Status Report from February 8, 2024 to February 16, 2024.

By order dated January 9, 2024 (Dkt. #36), the Court consolidated Case No.: 2:23-cv-01539-DJC-CKD with Case No.: 2-23-ccv-02516-DJC-CKD and ordered the parties to submit a Joint Status Report in the consolidated case by February 8, 2024.

Plaintiff filed his amended complaint in the consolidated case on February 5, 2024 (Dkt. #40). The parties have exchanged emails conferring on certain claims and defenses and scheduled a meet and confer conference for February 7, 2024. Unfortunately, Aaron Boal, counsel for Plaintiff, was in the hospital at the time of the meet and confer conference. The parties therefore agreed to seek an extension of the Joint Status Report deadline so that the conference could resume after Plaintiff's counsel is released from the hospital.

This Stipulation is not made for the purposes of delay but to accommodate the health issues of Plaintiff's counsel. This case is not yet set for trial, and so no discovery cutoff or motion deadline has been set.

Dated: February 7, 2024                    Respectfully submitted,

                                           By:   */s/ Aaron Boal*
                                                 Aaron Boal, Esq.
                                                 Attorneys for Plaintiff
                                                 WALTER RAINES, on behalf of
                                                 herself and others similarly situated

By: _/s/ Kelli Hinson_
Kelli Hinson, Esq.
Attorneys for Defendant MARTIN MARIETTA MATERIALS, INC.
.

**IT IS SO ORDERED**.

Dated:  February 7, 2024       /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE