Joseph Lavi, Esq. (SBN 209776)
jlavi@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
vgranberry@lelawfirm.com
Aaron D. Boal, Esq. (SBN 327005)
aboal@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff OSCAR SANCHEZ,
on behalf of himself and others similarly situated,

Kelli M. Hinson, Esq. (Texas SBN 00793956) (admitted pro hac vice)
Khinson@ccsb.com
**CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP**
901 Main Street, Suite 5500
Dallas, TX 75202
Telephone: (214) 855-3110
Fax: (214)580-2641

Attorneys for Defendants MARTIN MARIETTA NORTHERN CALIFORNIA AGGREGATES, LLC, and MARTIN MARIETTA MATERIALS, INC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| WALTER L. RAINES, on behalf of himself and current and former aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN MARIETTA NORTHERN CALIFORNIA AGGREGATES, LLC .; MARTIN MARIETTA MATERIALS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants.<br>. | Case No.: 2:23-cv-01539-DJC-CKD (Consolidated with Case No.: 2-23-cv-02516-DJC-CKD)<br><br>Assigned to Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING JOINT STIPULATION ALLOWING PLAINTIFF TO FILE A FIRST AMENDED CONSOLIDATED COMPLAINT**<br><br>Action Filed: June 5, 2023 |

**ORDER**

Having reviewed the Parties' Joint Stipulation Allowing Plaintiff to File a First Amended Complaint, and GOOD CAUSE APPEARING, the Court ORDERS that:

1. Leave is granted for Plaintiff to file a First Amended Consolidated Complaint;

2. Plaintiff shall file the First Amended Consolidated Complaint within seven (7) days.

3. Defendants shall file an answer or otherwise respond to Plaintiff's amended complaint within fourteen (14) days thereafter.

IT IS SO ORDERED.


Dated: March 15, 2024        /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE