LAVI & EBRAHIMIAN, LLP
JOSEPH LAVI, ESQ. (SBN 209776)
jlavi@lelawfirm.com
VINCENT GRANBERRY, ESQ. (SBN 276483)
vgranberry@lelawfirm.com
ALEXANDER J. AROESTE, ESQ. (SBN 332653)
aaroeste@lelawfirm.com
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone:     310.432.0000

Attorneys for Plaintiff Walter L. Raines

DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
cferrannini@downeybrand.com
DARIA A. GOSSETT (Bar No. 316717)
dgossett@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:     916.444.2100

CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
MIKE BIRRER (Texas Bar No. 00783662) (admitted pro hac vice)
mbirrer@ccsb.com
JORDAN BROWNLOW PERRY (Texas Bar No. 24120729) (admitted pro hac vice)
jperry@ccsb.com
901 Main Street, Suite 5500
Dallas, Texas 75202
Telephone:     214.855.3000
Facsimile:     214.580.2641

Attorneys for Defendants
MARTIN MARIETTA MATERIALS, INC. and MARTIN MARIETTA CALIFORNIA
NORTHERN AGGREGATES, LLC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. RAINES, on behalf of herself and others similarly situated,<br><br>       Plaintiff,<br><br>   vs.<br><br>MARTIN MARIETTA NORTHERN CALIFORNIA AGGREGATES, LLC.;<br>MARTIN MARIETTA MATERIALS, INC.;<br>and DOES 1 to 100, inclusive,<br>       Defendants. | Case No.: 2:23-cv-01539-DJC-CKD (Consolidated with Case No.: 2-23-ccv-02516-DJC-CKD)<br><br>**Order Granting Dismissal**<br><br>Complaint Filed: June 5, 2023<br>Removed: July 27, 2023 |

**ORDER - Case No.: 23-CV-00283-JSC**

Having considered the Parties Joint Status Report and Stipulation of Dismissal, this Court hereby GRANTS the Parties' stipulation in its entirety. Plaintiff's claims are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  March 30, 2026                          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE